UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL DERIN,

                Plaintiff,

    -against-

FIRST UNUM LIFE INSURANCE CO.,

                Defendant.
---------------------------------------------------------------X

06 CIVIL 6335 (CM)

**JUDGMENT**

    The parties having cross-moved for summary judgment, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on May 13, 2008, having rendered its Memorandum Decision and Order granting defendant's motion for summary judgment, denying plaintiff's cross-motion, and dismissing the claim with prejudice, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated May 13, 2008, defendant's motion for summary judgment is granted, plaintiff's cross-motion is denied, and the claim is is dismissed with prejudice.

**Dated:** New York, New York
         May 15, 2008

                                              J. MICHAEL McMAHON
                                                Clerk of Court
                    BY:
                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____